No. 165. JOSEPH B. BEUTEL ET AL. *v.* OSCAR G. FOREMAN ET AL., TRUSTEES, ETC. Error to the Supreme Court of the State of Illinois. January 19, 1921. Dismissed with costs, pursuant to the tenth rule. *Mr. Albert Fink* and *Mr. David D. Stansbury* for plaintiffs in error. *Mr. Samuel A. Ettelson* and *Mr. Chester E. Cleveland* for defendants in error.

---

No. 629. WILLIAM R. CASTLE ET AL., TRUSTEES, ETC. *v.* JULIA WHITE CASTLE. On writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit. January 24, 1921. Dismissed with costs, on motion of counsel for petitioners. *Mr. A. G. M. Robertson* for petitioners. No appearance for respondent.

---

## CASES DISPOSED OF IN VACATION.

No. 184. HANS HOHNER *v.* FRANCIS P. GARVAN, AS ALIEN PROPERTY CUSTODIAN, ET AL. Appeal from the District Court of the United States for the Southern District of New York. August 21, 1920. Dismissed pursuant to the twenty-eighth rule. *Mr. A. W. Lafferty* for appellant. *The Attorney General* for appellees.